## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02284-REB-BNB

NORMA GANDENBERGER,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

    Defendant.

---

## NOTICE OF SETTLEMENT

---

    COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1.     The Plaintiff and the Defendant have reached a settlement.

2.     The parties will be filing a Stipulation of Dismissal with Prejudice once the settlement document has been executed by the parties and delivered to all counsel and the settlement funds have been received by the Plaintiff. The parties expect this to happen by December 4, 2009.

Dated: November 23, 2009.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| _____ | _____ |
| David M. Larson, Esq. | Louis Leonard Galvis, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Sessions, Fishman, Nathan & Israel, LLP |
| Colorado Springs, Colorado 80903 | 645 Stonington Lane |
| Telephone: (719) 473-0006 | Ft. Collins, CO 80525 |
| Attorney for Plaintiff | Telephone: (970) 223-4420 |
| | Attorneys for Defendant |