IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02284-REB-BNB

NORMA GANDENBERGER,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　Pursuant to the filing of the **Notice of Settlement** [docket no. 10, filed November 24, 2009], it has come to the attention of the Court that this matter has been resolved.

　　IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **December 4, 2009**, or a status report addressing why dismissal has not been accomplished.

　　IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.


DATED:  November 24, 2009